| | |
|---|---|
| ◈PROB 22<br>(Rev. 2/88) | DOCKET NUMBER *(Tran. Court)*<br>CR04-00566-RSWL |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central | DIVISION<br>California |
|---|---|---|
| Elridge Walker | NAME OF SENTENCING JUDGE<br>Honorable Ronald S.W. Lew | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>01/11/08 | TO<br>01/10/2013 |

OFFENSE

21:846 and 841 (a)(1): Conspiracy To Possess With Intent to Distribute Controlled Substance

JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS      08CR 0161      JN

FILED
FEB 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT ___California___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___Feb 3, 2008___                    ___[signature]___
*Date*                                *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 0 2008                    ___[signature]___
*Effective Date*                *United States District Judge*